UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,              No. 21-mj-30191

-vs-

D-1 James Willis,

                Defendant.

_____/

**STIPULATION TO ADJOURN PRELIMINARY EXAM AND FOR
FINDING OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT**

      The United States of America and the defendants, through their respective attorneys, hereby agree and stipulate as follows:, by and through its undersigned attorneys, move for an adjournment of the preliminary hearing and an ends-of-justice continuance under the Speedy Trial Act.  In support, the parties state as follows:

1.     Defendant James Willis made his initial appearance on a complaint on April 23, 2021. He was released on bond. The preliminary exam has been adjourned by stipulation of the parties and orders of the Court until August 18 2022.

2.     The government and the defendant are engaged in pre-indictment plea negotiations. The parties wish to continue these endeavors through at least September 29, 2022. The parties agree that this constitutes good cause for an

adjournment of the preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases.  *See* Fed. R. Crim. P. 5.1(d).

3.     The parties also agree that the ends of justice served by granting an adjournment and excluding the time from calculation for plea negotiations outweigh the best interests of the public and the defendant in a speedy trial and that, therefore, the period from August 18, 2022 through September 29, 2022, should be excluded in calculating the time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. §§ 3161(b), 3161(h)(7).In light of the above, the government submits that there is good cause to adjourn the preliminary hearing.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Thomas Franzinger*                    *s/David Steingold (w/consent)*
Thomas Franzinger                        David Steingold
Assistant United States Attorney         Attorney for James Willis
211 W. Fort Street, Suite 2001           500 Griswold Street, #2320
Detroit, MI  48226                       Detroit, MI 48226
Thomas.franzinger2@usdoj.gov             detroitdefender@yahoo.com
(313) 226-9774                           (313) 962-0000


Dated:  August 16, 2022

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                    Plaintiff,                No. 21-mj-30191

-vs-

D-1 James Willis,

                    Defendant.

_____/

## **ORDER**

This matter coming before the Court on the stipulation of the government and defendant James Willis, for the reasons stated in the stipulation, the Court

(1) finds that the parties have been engaged in and will continue to be engaged in pre-indictment investigations and plea negotiations from August 18, 2022 through September 29, 2022;

(2) finds that this constitutes good cause for the adjournment of the preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases, see Fed. R. Crim. P. 5.1(d);

(3) adjourns the preliminary hearing in this case from August 18, 2022, through September 29, 2022;

- 3 -

(4)  finds that the ends of justice served by granting an adjournment and excluding the time from calculation outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7); and

(5) determines that the period from August 18, 2022 through September 29, 2022, should be excluded in calculating the time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b).


                                        s/Kimberly G. Altman
                                        _____
                                        Hon. Kimberly Altman
                                        United States Magistrate Judge

Entered:  August 18, 2022

- 4 -